

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF
February 11, 2021

United States District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      <u>Re</u>:   <u>*Mercer v. Gulf South Enterprises, Inc.*,</u> **Case No.: 1:20-cv-10445-LGS**

Dear U.S. District Judge Schofield:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. The date for Gulf South Enterprises, Inc. ("Defendant") to appear or answer the complaint in this action is February 19, 2021 (D.E. 6). To date, Defendant has not yet appeared in this action. In the event, Defendant does not timely appear then we will be filing for the Clerk's entry of a Certificate of Default and a default judgment motion. However, at this time, we are unable to meet and confer with the non-appearing Defendant and submit a joint status letter and proposed CMP, which is due to be filed today. As a result, we are requesting a 30-day adjournment of the initial conference currently scheduled for February 18, 2021, at 11:40 a.m., including all other deadlines related to the Initial Pretrial Conference Order (D.E. 5). This is our first request for an adjournment, and our request will not prejudice any of the parties or affect any other scheduled dates since the Defendant has not yet appeared in this action.

      We thank the Court for your time and consideration in this matter.

The application is **GRANTED**. The initial pre-trial conference scheduled for February 18, 2021, is **ADJOURNED to March 11, 2021**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

If Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **February 25, 2021**. If Plaintiff has not been in communication with Defendant, by **February 25, 2021**, Plaintiff shall move for default judgment pursuant to the procedure outlined in Attachment A of this Court's Individual Rules.

So Ordered.
Dated: February 12, 2021
      New York, New York

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc: Gulf South Enterprises, Inc. (via overnight mail)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE