

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF

April 15, 2021

U.S. District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Mercer v. Gulf South Enterprises, Inc*, Case No. 1:20-cv-10445-LGS

Dear Judge Schofield:

    This office represents Stacey Mercer ("Plaintiff") in connection with the above captioned matter. As previously reported, this action has been settled and a settlement agreement has been drafted and is being reviewed by the parties for execution. Respectfully, we are requesting together with counsel for the defendant, a stay of all deadlines and conferences, for an additional fourteen (14) days so that the parties can fully execute the settlement agreement.

    We thank this Honorable Court for its time and consideration in this matter.

                              Respectfully submitted,

                              BASHIAN & PAPANTONIOU, P.C.

                              */s/ Erik M. Bashian*
                              _____
                              Erik M. Bashian, Esq.

cc:    Jennifer E. Sherven, Esq. *(via CM/ECF only)*
        Erika H. Rosenblum, Esq. *(via CM/ECF only)*

Pursuant to the Court's March 18, 2021, Order this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by April 19, 2021. Dkt. No. 18. As a result, there are no pending deadlines or conferences to stay. The parties' time to restore this action to the Court's calendar is extended to **April 29, 2021**. Absent compelling circumstances, no further extensions will be granted.

So Ordered.

Dated: April 16, 2021
       New York, New York

                            LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE